AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

FILED
AUG 29 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

JUAN LOPEZ,
Plaintiff,

v.

UNITED STATES LIABILITY INSURANCE
COMPANY, WILLIAM ROHRMAN, and
GEORGE C. CLINTON JR.,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-17-CV-53-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Plaintiff's claims asserted in this suit against each of the Defendants are DISMISSED WITH PREJUDICE as set forth in the agreed motion. Each party shall bear its own costs and fees.

8/29/2018
Date

Jeannette J. Clack
Clerk

(By) Deputy Clerk